IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00319–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON PAUL CRAIG,

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

This matter is set for a four-day trial to a jury of 12, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **October 16, 2006**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

**ORDERED** that the deadline for filing all motions is <u>September 1, 2006</u>.  All responses shall be filed by <u>September 8, 2006</u>.  A hearing on the motions will be scheduled at a later date, if necessary.  Counsel shall notify the court as soon as possible if a hearing will be necessary and how much time will be needed for the hearing.  It is further

**ORDERED** that a change of plea hearing is scheduled to commence at 4:15 o'clock p.m. on Friday, **September 22, 2006**.  The deadline for submitting the plea agreement and statement of

1

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, September 20, 2006.

Dated: August 16, 2006